UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>DERRICK BANKS,<br><br>                              Defendant. | 20 Cr. 3-7 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court will hold a change of plea hearing in this matter on **September 14, 2021, at 9:00 a.m.** The proceeding will be conducted by video conference. Access instructions will be provided in advance.

SO ORDERED.

Dated:   August 25, 2021
         New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge