# United States Pretrial Services
# Southern District of New York
# MEMORANDUM

**To:**   Honorable Katherine Polk Failla
United States District Judge

**From:** Courtney M. DeFeo
U.S. Pretrial Services Officer

**Re:**   Derrick Banks
1:20-cr-00003-KPF-7

**Date:** March 14, 2022

The attached memo was prepared by Pretrial Services Officer Courtney M. DeFeo (212) 805-4330.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ]   I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[✓]   Please inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom #  618  on  04/12/2022  at  11:00 a.m. .
                                          Date                Time

[ ]   I request that a Bail Review Hearing be conducted by:

   [ ]   The presiding Magistrate Judge in courtroom # 5A.

   [ ]   The District Court Judge presiding in Part I.

   [ ]   Judicial Officer at his/her earliest convenience.

[ ]   I direct that the U.S. Attorney's office prepare a bench warrant for my signature, for violations of conditions of release.

_Katherine Polk Failla_
Judicial Officer

**JUDICIAL OFFICER QUALITY IMPROVEMENT COMMENTS**: This space is available for you to provide us with your thoughts or comments on the quality or content of this report. We are interested in knowing what we could have done differently or better to improve the value of this report to you.  Thank you, Scott Kowal, Chief U.S. Pretrial Services Officer.